IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CECIL THORNTON,                    No. C 11-05091 CW (PR)

       Petitioner,                     ORDER DISMISSING ACTION AS
                                           DUPLICATIVE; DENYING AS MOOT
  v.                                       APPLICATION TO PROCEED IN FORMA
                                           PAUPERIS
MATTHEW CATE; ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA,                   (Docket no. 2)

       Respondents.
_____/

    Petitioner, a state prisoner currently incarcerated at the
Correctional Training Facility at Soledad (CTF), filed the instant
petition for a writ of habeas corpus under 28 U.S.C. § 2254,
challenging conditions of his parole that require him to register
as a sex offender.  Specifically, Petitioner, who currently is in
custody because of a violation of parole terms set in connection
with a conviction obtained in the San Diego County Superior Court,
maintains that he should not be required to register as a sex
offender because such requirement is based on an expired 1990
Tennessee conviction for domestic violence.

    Although not mentioned in the petition, the Court takes
judicial notice of records from the United States District Court
for the Southern District of California, where Petitioner currently
has several habeas corpus actions pending.  In particular, the
Court takes judicial notice of Thornton v. Strainer, Case No. C 11-
00190 LAB (JMA), filed by Petitioner in the Southern District on
January 27, 2011, in which Petitioner challenges the Tennessee
conviction and the California requirement that he register as a sex
offender.  Matthew Cate, Secretary of the California Department of

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1  Corrections and Rehabilitation, is the respondent in that petition

2  and, as of October 24, 2011, the petition has been fully briefed.

3      Additionally, the Court takes judicial notice of <u>Thornton v.</u>

4  <u>Strainer</u>, Case No. C 11-01485 BEN (WMc), filed by Petitioner in the

5  Southern District on July 1, 2011, in which Petitioner similarly

6  challenged the sex offender registration requirement.  That case

7  was dismissed on July 20, 2011, as duplicative of C 11-00190.

8      Because it is clear that Petitioner currently is pursuing in

9  the Southern District the same claims he raises in the instant

10 petition, this petition is DISMISSED as duplicative.

11     Additionally, because Petitioner has been granted leave to

12 proceed <u>in forma pauperis</u> in the Southern District, his motion to

13 proceed <u>in forma pauperis</u> in this action is DENIED as moot.  No

14 filing fee is due.

15     The Clerk of the Court shall enter judgment and close the

16 file.

17     This Order terminates Docket no. 2.

18     IT IS SO ORDERED.

19 Dated: 10/26/2011                    _____
                                       CLAUDIA WILKEN
20                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                    2

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

WILLIAM CECIL THORNTON,

Case Number: CV11-05091 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

7

MATTHEW CATE et al,

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on October 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16

William Cecil Thornton V64547
Correctional Training Facility
P.O. Box 705
Soledad,  CA 93960

17

Dated: October 27, 2011

18

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California